

June 3, 2013

To: United States District Court, Northern District of California

### Request to Remove the Settlement Agreement, Docket Number 16

On 5/31/2013 I mistakenly submitted the following Settlement Agreement.
The following transaction: on 5/31/2013 at 5:18 PM and filed on 5/31/2013
Case Name:  Sergio's Inc. v. Cafe' Roma et al
Case Number:      3:13-cv-01592-EMC
Filer:   Cafe' Roma
         Abe Saadeh
Document Number: 16

I hereby request removal of Settlement Agreement, Docket Number 16 from Court Records.

Sincere regards,

Abe Saadeh

IT IS SO ORDERED that Docket #16 shall be removed.

_____
Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

Café Roma - 1013 K Street, Sacramento, CA Phone: 916.594.7292 Fax: 916.594.7291 Email: abe@caferomaonline.com